**Order filed February 11, 2015**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

## NO. 14-14-00231-CV
———————

**LINDA JACKSON AND TERRY JACKSON, Appellant**

**V.**

**CITY OF BAYTOWN, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-09168**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit F to The City of Baytown's Plea to the Jurisdiction and Motion for Summary Judgment.**

The clerk of the 55th District Court is directed to deliver to the Clerk of this court the original of Exhibit F to The City of Baytown's Plea to the Jurisdiction and Motion for Summary Judgment, on or before **February 20, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit F to The City of Baytown's Plea to the Jurisdiction and Motion for Summary Judgment, to the clerk of the 55th District Court.

PER CURIAM